

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § | No. 08-20-00151-CV |
| WILLIAM R. LEAKE, | § | |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| ERICA C. LEAKE, | § | of Travis County, Texas |
| Appellee. | § | (TC# D-1-FM-19-005745) |
|  | § | |

## **J U D G M E N T**

The Court has considered this cause on the record, and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal for want of prosecution. We further order that Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF OCTOBER, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.